No. 00–1484. Nissan Motor Acceptance Corp. v. Apple- ██ C. A. 3d Cir. Certiorari denied. 

No. 00–1489. Motor Cargo, Inc. v. Robertson. Ct. App. Ariz. Certiorari denied.

No. 00–1541. Li Second Family Limited Partnership v. Toshiba Corp. et al. C. A. Fed. Cir. Certiorari denied. 

No. 00–1573. Mitchell v. New York Blood Center et al. C. A. 2d Cir. Certiorari denied. .

No. 00–1578. Texas v. Reyes. Ct. App. Tex., 8th Dist. Certiorari denied. 

No. 00–1608. Mountaineer Coal Development Co., dba Marrowbone Development Co. v. Radec, Inc. Sup. Ct. App. W. Va. Certiorari denied. 

No. 00–1609. Texas et al. v. Hopwood et al. C. A. 5th Cir. Certiorari denied. 

No. 00–1610. Taunt, Trustee v. General Retirement System of City of Detroit et al. C. A. 6th Cir. Certiorari denied. 

No. 00–1620. Farrell Lines Inc. v. Dino et al. C. A. 3d Cir. Certiorari denied. .

No. 00–1623. Forbes et al. v. Eagleson et al. C. A. 3d Cir. Certiorari denied. .

No. 00–1626. Industrivarden Service AB v. Clune et al. C. A. 8th Cir. Certiorari denied. 

No. 00–1628. Nebraska ex rel. Stenberg, Attorney General of Nebraska v. United States et al. C. A. 8th Cir. Certiorari denied. 

No. 00–1630. Kanth v. Kanth. C. A. 10th Cir. Certiorari denied. 

No. 00–1631. Kinam Gold, Inc., et al. v. Lettes. C. A. 10th Cir. Certiorari denied.